UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FAY,

                      Plaintiff(s),      **ADJOURNMENT ORDER**

   - against -

                                      21 Civ. 3140 (NSR)

CITY OF NEWBURGH, et al.,

                      Defendant(s).
-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

     The above case previously scheduled for a telephonic Status Conference on July 29, 2022 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Defendant Donat's motion to set aside the default and to dismiss.

                                                              SO ORDERED.

Dated:   White Plains, NY
             July 27, 2022

                                                      Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/27/2022___