**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NAOMI FAY,

                    Plaintiff,

  -against-                                         21 **CIVIL** 3140 (NSR)

                                                                   **JUDGMENT**

CITY OF NEWBURGH, et. al,

                    Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 12, 2024, Defendants' Motion for summary judgment is GRANTED and all of Plaintiff's claims are dismissed with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

       September 13, 2024

                                                                            **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                **BY:**                 _____
                                                                  **Deputy Clerk**